02/09/2007 12:50 FAX 16305051067       LTIC-NAPERVILLE       @015

*EXHIBIT A*
*P. 1 OF 5*

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

*Stanislaw Chrupczak*

| Borrower | Co-Borrower |
|---|---|

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
|  | ☐ FHA  ☐ USDA/Rural Housing Service |  |  |

| Amount $ 328,000 | Interest Rate 7.500 % | No. of Months 360/360 | Amortization Type: ☐ Fixed Rate  ☐ GPM  ☐ Other (explain): ☑ ARM (type): Option Arm |
|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP)
8314 WEST 91ST STREET, Hickory Hills, IL 60457   County: Cook

| Legal Description of Subject Property (attach description if necessary) SEE TITLE COMMITMENT | No. of Units 1 |
|---|---|
|  | Year Built 1950 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): ☑ Refinance  ☐ Construction-Permanent | Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ 340,000 | Purpose of Refinance Limited Cash-Out Rate/Term | Describe Improvements ☐ made  ☐ to be made  Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) STANISLAW CHRUPCZAK ELZBIETA CHRUPCZAK | Manner in which Title will be held HUSBAND & WIFE | Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Equity from Subject Property

## III. BORROWER INFORMATION

|  | Borrower |  | Co-Borrower |
|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) STANISLAW CHRUPCZAK |  | Co-Borrower's Name (include Jr. or Sr. if applicable) |  |

| Social Security Number 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 | Home Phone (incl. area code) 773-510-7103 | DOB (mm/dd/yyyy) 09/10/1961 | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☑ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 3  ages 17,14,10 | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own  ☐ Rent ___ No. Yrs. 8314 WEST 91ST STREET Hickory Hills, IL 60457 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. |
|---|---|

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE VALDEZ**

**08 C 1404**

02/09/2007 12:50 FAX 16305051067          LTIC-NAPERVILLE

*EXHIBIT A*
*Pg 2 of 5*          @018

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|

**Name & Address of Employer** ☐ Self Employed
J.N.C. HEATING & COOLING
62 WOLF ROAD
WILLOW SPRINGS, IL

Yrs. on this job: 8 yr(s)
Yrs. employed in this line of work/profession: 8

**Position/Title/Type of Business**
HVAC SUPERVISIOR

Business Phone (incl. area code): 708-370-0541

**Name & Address of Employer** ☐ Self Employed

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income | $ 10,000.00 | $ | $ 10,000.00 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 1,401.83 | $ 2,050.00 |
| Bonuses | | | | Other Financing (P&I) | | 304.42 |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | 68.71 | 68.71 |
| Net Rental Income | | | | Mortgage Insurance | 431.75 | 431.75 |
| Other | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 10,000.00 | $ | 10,000.00 | Total | $ 1,902.29 | $ 2,854.88 |

Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp2.frm 09/05

Borrower _S.C._   Co-Borrower _____   Freddie Mac Form 65   07/05

02/09/2007 12:51 FAX 16305051067                    LTIC-NAPERVILLE

*EXHIBIT A*
*P. 3 OF 5*    @017

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | | |
| **List checking and savings accounts below** | | Name and address of Company | $ Payment/Months | | |
| Name and address of Bank, S&L, or Credit Union | | AMERICAN HONDA FINANCE 2170 POINT BLVD    SUITE 100 ELGIN, IL 60123 | | | |
| Acct. no. | $ | Acct. no. 77797469 | | 415 | 19,981 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company CHASE 800 BROOKSEDGE BLVD WESTERVILLE, OH 43081 | $ Payment/Months | | |
| Acct. no. | $ | Acct. no. 4266880136638298 | | 92 | 1,743 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company THD/CBSD CCS GRAY OPS CENTER    541 SID MARTIN RD GRAY, TN 37615 | $ Payment/Months | | |
| Acct. no. | $ | Acct. no. 6035320206590869 | | 15 | 1,303 |
| Stocks & Bonds (Company name/number description) | $ | Name and address of Company HSBC NV PO BOX 19360 PORTLAND, OR 97280 | $ Payment/Months | | |
| | | Acct. no. 540653000336 | | 54 | 1,274 |
| Life insurance net cash value | $ | Name and address of Company DELL FINANCIAL SVCS/CI 12234 N IH 35 SB, BLDG B AUSTIN, TX 78753 | $ Payment/Months | | |
| Face amount: $ | | | | | |
| Subtotal Liquid Assets | | | | | |
| Real estate owned (enter market value from schedule of real estate owned) | 410,000 | Acct. no. 79450129037070227 Name and address of Company CHASE/CC 225 CHASTAIN MEADOWS CT KENNESAW, GA 30144 | $ Payment/Months | 15 | 277 |
| Vested interest in retirement fund | $ | | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | | |
| Automobiles owned (make and year) | $ | Acct. no. 4104140008397748 | | 10 | 86 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | | |
| | | **Total Monthly Payments** | | $    621 | |
| Total Assets a. | $    410,000 | Net Worth (a minus b) ⇒ $    36,687 | | Total Liabilities b. | $    373,313 |

### Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 8314 WEST 91ST STREET Hickory Hills, IL 60457 | SFR | $    410,000 | $    340,000 | $ | $    1,402 | $    500 | $ |
| | | | | | | | |
| | Totals | $    410,000 | $    340,000 | $ | $    1,402 | $    500 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Fannie Mae Form 1003    07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower    S.C.
Co-Borrower

Freddie Mac Form 65    07/05

02/09/2007 12:51 FAX 16305051067          LTIC-NAPERVILLE

*EXHIBIT A*
*P. 4 of 5*          ☑018

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| a. Purchase price | $ | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower |
| b. Alterations, improvements, repairs | | | | Yes No | | Yes No |
| c. Land (if acquired separately) | | a. Are there any outstanding judgments against you? | | ☐ ☑ | | ☐ ☐ |
| d. Refinance (incl. debts to be paid off) | 348,557.00 | b. Have you been declared bankrupt within the past 7 years? | | ☐ ☑ | | ☐ ☐ |
| e. Estimated prepaid items | 6,053.68 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☐ ☑ | | ☐ ☐ |
| f. Estimated closing costs | 9,385.00 | | | | | |
| g. PMI, MIP, Funding Fee | | d. Are you a party to a lawsuit? | | ☐ ☑ | | ☐ ☐ |
| h. Discount (if Borrower will pay) | 410.00 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | ☐ ☑ | | ☐ ☐ |
| i. Total costs (add items a through h) | 364,405.68 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| j. Subordinate financing | 41,000.00 | | | | | |
| k. Borrower's closing costs paid by Seller | | | | | | |
| l. Other Credits (explain) | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ☐ ☑ | | ☐ ☐ |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ ☑ | | ☐ ☐ |
| | | h. Is any part of the down payment borrowed? | | ☐ ☑ | | ☐ ☐ |
| | | i. Are you a co-maker or endorser on a note? | | ☐ ☑ | | ☐ ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 328,000.00 | j. Are you a U.S. citizen? | | ☑ ☐ | | ☐ ☐ |
| | | k. Are you a permanent resident alien? | | ☐ ☑ | | ☐ ☐ |
| n. PMI, MIP, Funding Fee financed | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☑ ☐ | | ☐ ☐ |
| | | m. Have you had an ownership interest in a property in the last three years? | | ☑ ☐ | | ☐ ☐ |
| o. Loan amount (add m & n) | 328,000.00 | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | PR | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -4,594.32 | (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | SP | | |

**IX. ACKNOWLEDGEMENT AND AGREEMENT**

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | | Date | Co-Borrower's Signature | Date |
|---|---|---|---|---|
| X *[signature]* | | 02/09/07 | X | |

**X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES**

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander  ☑ White | | ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☐ Female  ☑ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) ALAN WALSH | Name and Address of Interviewer's Employer ELITE FINANCIAL INVESTMENTS, INC. |
|---|---|---|
| This application was taken by: | Interviewer's Signature *[signature]* 2/9/07 | 1211 W 22ND STREET SUITE#900 |
| ☐ Face-to-face interview | | Oak Brook, IL 60523 |
| ☐ Mail | | (P) 630-706-8000 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | (F) 630-706-0198 |
| ☐ Internet | 630-706-8000 | |

Fannie Mae Form 1003    07/05
CALYX Form Loanapp4.frm 03/05

Freddie Mac Form 65    07/05

02·09·2007 12:52 FAX 16305051067          LTIC-NAPERVILLE

*EXHIBIT A*
*P. 5 OF 5*

@019

## Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark "B" for Borrower or "C" for Co-Borrower. | Borrower:<br>STANISLAW CHRUPCZAK |
| | Co-Borrower: |

| | |
|---|---|
| Agency Case Number: | |
| Lender Case Number: | |

### VI. ASSETS AND LIABILITIES

| ASSETS<br>Name and address of Bank, S&L, or Credit Union | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| | | Name and address of Company<br>HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No.  063106 | 10 | 46 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>HSBC/BSTBY<br>POB 15521<br>WILMINGTON, DE 19805 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No.  1696013106887647 | 10 | 46 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>INDYMAC BANK | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No.  3002161976 | (1,492) | 348,557 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X *Stanish Chrupczak* | Date<br>02/09/07 | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Fannie Mae Form 1003   07/05
CALYX Form 1003 LoapSasUrm 9/05

Freddie Mac Form 65   07/05

*EXHIBIT B*
*P. 1 OF 5*

02/09/2007 14:42 FAX 16305051067          LTIC-NAPERVILLE                    ☑004

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Stanislaw Chrupczak_

Borrower _____        Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 41,000 | Interest Rate 8.125 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate  ☐ Other (explain): ☐ GPM  ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| | No. of Units |
|---|---|
| Subject Property Address (street, city, state, & ZIP)<br>8314 WEST 91ST STREET, Hickory Hills, IL 60457   County: Cook | 1 |
| Legal Description of Subject Property (attach description if necessary)<br>SEE TITLE COMMITMENT | Year Built 1950 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): ☑ Refinance  ☐ Construction-Permanent | Property will be:<br>☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ 340,000 | Purpose of Refinance Limited Cash-Out Rate/Term | Describe Improvements ☐ made  ☐ to be made<br>Cost $ | |
|---|---|---|---|---|---|

| Title will be held in what Name(s)<br>STANISLAW CHRUPCZAK<br>ELZBIETA CHRUPCZAK | Manner in which Title will be held<br>HUSBAND & WIFE | Estate will be held in:<br>☑ Fee Simple<br>☐ Leasehold (show expiration date) |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)<br>Equity from Subject Property | | |

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)<br>STANISLAW CHRUPCZAK | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number 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 | Home Phone (incl. area code) 773-510-7103 | DOB (mm/dd/yyyy) 09/10/1961 | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| ☑ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | | Dependents (not listed by Co-Borrower)<br>no. 3  ages 17,14,10 | | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | | Dependents (not listed by Borrower)<br>no.  ages | |
| Present Address (street, city, state, ZIP)  ☑ Own  ☐ Rent ___ No. Yrs.<br>8314 WEST 91ST STREET<br>Hickory Hills, IL 60457 | | | | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent ___ No. Yrs. | | | |

Mailing Address, if different from Present Address

EXHIBIT B
p, 2 OF 5

02/09/2007 14:43 FAX 16305051067          LTIC-NAPERVILLE                          ☒005

| Borrower | | IV. EMPLOYMENT INFORMATION | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer ☐ Self Employed J.N.C. HEATING & COOLING 62 WOLF ROAD WILLOW SPRINGS, IL | | Yrs. on this job 8 yr(s) Yrs. employed in this line of work/profession 8 | Name & Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business HVAC SUPERVISIOR | | Business Phone (Incl. area code) 708-370-0541 | Position/Title/Type of Business | Business Phone (Incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☐ Self Employed | | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|---|
| Position/Title/Type of Business | | Business Phone (Incl. area code) | Position/Title/Type of Business | Business Phone (Incl. area code) |
| Name & Address of Employer ☐ Self Employed | | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (Incl. area code) | Position/Title/Type of Business | Business Phone (Incl. area code) |
| Name & Address of Employer ☐ Self Employed | | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (Incl. area code) | Position/Title/Type of Business | Business Phone (Incl. area code) |
| Name & Address of Employer ☐ Self Employed | | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (Incl. area code) | Position/Title/Type of Business | Business Phone (Incl. area code) |

| V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION. | | | | | | |
|---|---|---|---|---|---|---|
| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
| Base Empl. Income | $ 10,000.00 | $ | 10,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 1,401.83 | $ 304.42 |
| Bonuses | | | | Other Financing (P&I) | | 2,293.42 |
| Commissions | | | | Hazard Insurance | 68.71 | 68.71 |
| Dividends/Interest | | | | Real Estate Taxes | 431.75 | 431.75 |

*EXHIBIT B*
*P. 3 OF 5*

02/09/2007 14:43 FAX 16305051067        LTIC-NAPERVILLE                    ☑006

| VI. ASSETS AND LIABILITIES | | |
|---|---|---|

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [✓] Jointly [ ] Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | AMERICAN HONDA FINANCE 2170 POINT BLVD        SUITE 100 ELGIN, IL 60123 | | |
| | | Acct. no. 77797469 | 415 | 19,981 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | CHASE 800 BROOKSEDGE BLVD WESTERVILLE, OH 43081 | | |
| | | Acct. no. 4266880136638299 | 92 | 1,740 |
| Acct. no | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | THD/CBSD CCS GRAY OPS CENTER        541 SID MARTIN RO GRAY, TN 37615 | | |
| | | Acct. no. 6035320206590869 | 15 | 1,303 |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | | HSBC NV PO BOX 19360 PORTLAND, OR 97280 | | |
| | | Acct. no. 540653000336 | 54 | 1,274 |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | DELL FINANCIAL SVCS/CI 12234 N IH 35 SB,BLDG B AUSTIN, TX 78753 | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. 7945012903707027 | 15 | 277 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 410,000 | Name and address of Company CHASE/CC 225 CHASTAIN MEADOWS CT KENNESAW, GA 30144 | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. 410414000U397748 | 10 | 66 |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 621 | |
| Total Assets a. | $ 410,000 | Net Worth (a minus b) => $ 36,687 | Total Liabilities b. | $ 373,313 |

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

EXHBIT B
P. 4 OF 5

02/09/2007 14:44 FAX 16305051067          LTIC-NAPERVILLE                    ☑007

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
| | | | Yes | No | Yes | No |
| a. Purchase price | $ | a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Alterations, improvements, repairs | | b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Land (if acquired separately) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | 348,557.00 | | | | | |
| e. Estimated prepaid items | 3,280.37 | d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| f. Estimated closing costs | 3,385.00 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ |
| g. PMI, MIP, Funding Fee | | | | | | |
| h. Discount (if Borrower will pay) | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☑ | ☐ | ☐ |
| i. Total costs (add items a through h) | 355,222.37 | | | | | |
| j. Subordinate financing | 328,000.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| k. Borrower's closing costs paid by Seller | | h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| l. Other Credits (explain) | | i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| | | j. Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 41,000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| | | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| o. Loan amount (add m & n) | 41,000.00 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |
| p. Cash (from/to Borrower (subtract) j, k, l & o from i) | -13,777.63 | | | | | |

IX. ACKNOWLEDGEMENT AND AGREEMENT

Borrower's Signature  X _Jeanette Aragacus_  Date 02/09/08  Co-Borrower's Signature  X  Date

X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

*EXHIBIT B*

*P. 5 OF 5*

02/09/2007 14:44 FAX 16305051067          LTIC-NAPERVILLE                    ☑008

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:  STANISLAW CHRUPCZAK | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

### VI. ASSETS AND LIABILITIES

| ASSETS  Name and address of Bank, S&L, or Credit Union | Cash or Market Value | LIABILITIES  Name and address of Company | Monthly Payment & Months Left to Pay  $ Payt./Mos. | Unpaid Balance  $ |
|---|---|---|---|---|
| | | HSBC/BSBUY  PO BOX 15519  WILMINGTON, DE 19850 | | |
| Acct. no. | $ | Acct. No. 063106 | 10 | 46 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  HSBC/BSTBY  POB 15521  WILMINGTON, DE 19805 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 1696013106667647 | 10 | 46 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  INDYMAC BANK | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 3002181976 | (1,402) | 348,557 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |

EXHIBIT
P, 1 OF.

| A. SETTLEMENT STATEMENT | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | OMB No. 2502-0265 |
|---|---|---|

**B. TYPE OF LOAN**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 6. File Number: 07-00795A | 7. Loan Number: 0045223864 | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ CONV. INS. | | | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER/TAX I.D.: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| STANISLAW S. CHRUPCZAK ELZIBETA T. CHRUPCZAK<br><br>8314 S. WEST 91ST STREET HICKORY HILLS, IL 60457 | REFINANCE | AURORA LOAN SERVICES, INC. A LEHMAN BROTHERS COMPANY 327 INVERNESS DRIVE SOUTH MAIL STOP 3101 ENGLEWOOD, CO 80112 |

| G. PROPERTY LOCATION: 8314 W. 91ST HICKORY HILLS, IL 60457 | H. SETTLEMENT AGENT: LAWYERS TITLE INSURANCE COMPANY PLACE OF SETTLEMENT: 1245 E. DIEHL RD., #101 NAPERVILLE, IL 60563 | I. SETTLEMENT DATE: 02/09/07 DISBURSEMENT DATE: 02/14/07 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 1,173.86 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| **120.    GROSS AMOUNT DUE FROM BORROWER** | 1,173.86 | **420.    GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 41,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes             to | | 511. County taxes             to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220.    TOTAL PAID BY/FOR BORROWER** | 41,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,173.86 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 41,000.00 | 602. Less reductions in amount due seller (line 520) | |
| **303. CASH ( ☐ FROM) ( ☒ TO) BORROWER** | 39,826.14 | **603. CASH ( ☐ TO) ( ☐ FROM) SELLER** | |

Page 1 of 3

-2-

EXHIBIT
P. 2 OF

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** based on price $               @               %= | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $               to | | | |
| 702. $               to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee            % | | | |
| 802. Loan Discount      1.000 %      LEHMAN BROTHERS BANK | | 410.00 | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. ADMINISTRATION FEE      LEHMAN BROTHERS BANK | | 125.00 | |
| 806. MERS/REGISTRATION      LEHMAN BROTHERS BANK | | 4.95 | |
| 807. | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 816. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from   02/14/07 to 03/01/07      @ 9.127000   /day | | 116.91 | |
| 902. Mortgage Insurance Premium for          months to | | | |
| 903. Hazard Insurance Premium for          years to | | | |
| 904. Flood Insurance Premium for          years to | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance          months @          per month | | | |
| 1002. Mortgage Insurance          months @          per month | | | |
| 1003. City property taxes          months @          per month | | | |
| 1004. County property taxes          months @          per month | | | |
| 1005. Annual assessments          months @          per month | | | |
| 1006. Flood Insurance          months @          per month | | | |
| 1007.          months @          per month | | | |
| 1008. Aggregate Adjustment | | | |
| **1100. TITLE CHARGES** | | 100.00 | |
| 1101. Settlement or closing fee      to LAWYERS TITLE | | | |
| 1102. Abstract or title search      to | | | |
| 1103. Title examination      to | | | |
| 1104. Title Insurance binder      to | | | |
| 1105. Document preparation      to | | | |
| 1106. Notary fees      to LEVEL TITLE | | 100.00 | |
| 1107. Attorney's fees      to                    ) | | | |
| (includes above items numbers:                    ) | | | |
| 1108. Title Insurance      to LAWYERS TITLE | | 200.00 | |
| (includes above items numbers: 1102  1103  1104          ) | | | |
| 1109. Lender's coverage      $ 41,000.00 200.00 | | | |
| 1110. Owner's coverage      $ | | 25.00 | |
| 1111. E-MAIL FEE                LAWYERS TITLE | | | |
| 1112. Courier Fees | | | |
| 1113. | | | |
| 1114. | | | |
| 1115. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | 72.00 | |
| 1201. Recording fees: Deed $          ;Mortgage $ 72.00 ;Releases $ | | | |
| 1202. City/county tax stamps: Deed $          ;Mortgage $ | | | |
| 1203. State tax/stamps:     Deed $          ;Mortgage $ | | | |
| 1204. Record Cert of Rel | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| **1400. TOTAL SETTLEMENT CHARGES**(enter on lines 103,Sect J and 502,Sect K) | | 1,173.86 | |

*Exhibit C*
*p. 3 of 3*

Case Number: 07-00795

Signature Page to HUD-1 Settlement Statement

We have reviewed the HUD-1 Settlement Statement which consists of three pages and to the best of our knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on our account, or by us, in this transaction. We understand the figures contained herein were based on the best information available to the Settlement Agent, and agree to make the appropriate adjustments after settlement if adjustments are necessary.

_____     _____
STANISLAW S. CHRUPCZAK                  REFINANCE

_____
ELZBIETA T. CHRUPCZAK


The Settlement Statement prepared by the Settlement Agent is, to the best of its knowledge and belief, a true and accurate account of this transaction. The Settlement Agent has caused or will cause the funds to be disbursed in accordance with this Statement.

LAWYERS TITLE INSURANCE CORPORATION
Settlement Agent


By: _____


Warning: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 (8-87)
RESPA, HB 4305.2
Previous edition is obsolete.

*EXHIBIT D*
*P. 1 OF 3*

| A. SETTLEMENT STATEMENT | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | OMB No. 2502-0265 |
|---|---|---|

**B. TYPE OF LOAN**

| 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV.UNINS. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA  5. ☐ CONV.INS. | 07-00795 | 0045104320 | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER/TAX I.D.: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| STANISLAW S. CHRUPCZAK ELZIBETA T. CHRUPCZAK  8314 WEST 91ST STREET HICKORY HILLS, IL 60457 | REFINANCE | AURORA LOAN SERVICES, INC. A LEHMAN BROTHERS COMPANY 327 INVERNESS DRIVE SOUTH MAIL STOP 3101 ENGLEWOOD, CO 80112 |

| G. PROPERTY LOCATION: 8314 WEST 91ST STREET HICKORY HILLS, IL 60457 | H. SETTLEMENT AGENT: LAWYERS TITLE INSURANCE COMPANY PLACE OF SETTLEMENT: 1245 E. DIEHL RD., #101 NAPERVILLE, IL 60563 | I. SETTLEMENT DATE: 02/09/07 DISBURSEMENT DATE: 02/14/07 |

| J.   SUMMARY OF BORROWER'S TRANSACTION | | K.   SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 16,694.64 | 403. | |
| 104. PAYOFF: INDYMAC BANK | 349,949.52 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes      to | | 406. City/town taxes      to | |
| 107. County taxes      to | | 407. County taxes      to | |
| 108. Assessments      to | | 408. Assessments      to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 120.      GROSS AMOUNT DUE FROM BORROWER | 366,644.16 | 420.      GROSS AMOUNT DUE TO SELLER | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 328,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes      to | | 511. County taxes      to | |
| 212. Assessments      to | | 512. Assessments      to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220.      TOTAL PAID BY/FOR BORROWER | 328,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |

-2-

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $           @           %= | | |
| Division of Commission (line 700) as follows: | | |
| 701. $           to | | |
| 702. $           to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee    2.500 %    ELITE FINANCIAL | 8,200.00 | |
| 802. Loan Discount         % | | |
| 803. Appraisal Fee to    WOJCIECH LEJA         $300.00 POC | | |
| 804. Credit Report to | | |
| 805. TAX RELATED SVC FEE      WESTLAKE SETTLEMENT | 72.00 | |
| 806. ADMINISTRATION FEE      LEHMAN BROTHERS BANK | 465.00 | |
| 807. MERS REGISTRATION       LEHMAN BROTHERS BANK | 4.95 | |
| 808. FLOOD MONITOR/COMBIN    WESTLAKE SETTLEMENT | 15.00 | |
| 809. PROCESSING FEE          ELITE FINANCIAL | 1,298.00 | |
| 810. YSP PAID BY LENDER      TO ELITE $5330.00POC | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 814. AFTER CLOSING        LEHMAN BROTHERS BANK MAY PAY | | |
| 815. TO THE BROKER ADDT'L    COMPENSATION OF UP TO .125% | | |
| 816. OF THE LOAN AMOUNT      FOR SERVICES RENDERED | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest from  02/14/07 to 03/01/07  as  67.397000  /day | 1,010.96 | |
| 902. Mortgage Insurance Premium for      months to | | |
| 903. Hazard Insurance Premium for      years to  FARMERS INSURANCE | 903.16 | |
| 904. Flood Insurance Premium for      years to | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | |
| 1001. Hazard Insurance      4    months @$    75.27 per month | 301.08 | |
| 1002. Mortgage Insurance         months @$    per month | | |
| 1003. City property taxes        months @$    per month | | |
| 1004. County property taxes  6   months @$   431.87 per month | 2,591.22 | |
| 1005. Annual assessments         months @$    per month | | |
| 1006. Flood insurance            months @$    per month | | |
| 1007.                            months @$    per month | | |
| 1008. Aggregate Adjustment | -1,878.06 | |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee     to LAWYERS TITLE | 175.00 | |
| 1102. Abstract or title search      to LAWYERS TITLE | 200.00 | |
| 1103. Title examination            to | | |
| 1104. Title insurance binder       to | | |
| 1105. Document preparation         to | | |
| 1106. Notary fees                  to LEVEL TITLE | 100.00 | |
| 1107. Attorney's fees              to | | |
|        (includes above items numbers:                ) | | |
| 1108. Title insurance              to LEVEL TITLE | 475.00 | |
|        (includes items numbers: 1102, 1103, 1104    ) | | |
| 1109. Lender's coverage      $ 328,000.00 475.00 | | |
| 1110. Owner's coverage       $ | | |
| 1111. TAX BILL PAYMENT FEE      LAWYERS TITLE | 35.00 | |
| 1112. Courier Fees              LAWYERS TITLE | 30.00 | |
| 1113. E-MAIL PACKAGE FEE        LEVEL TITLE | 25.00 | |
| 1114. | | |
| 1115. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording fees: Deed $      :Mortgage $   72.00 :Releases $ | 72.00 | |
| 1202. City/county tax stamps: Deed $            :Mortgage $ | | |
| 1203. State tax/stamps:      Deed $             :Mortgage $ | | |
| 1204. Record Cert of Rel | | |

EXHIBIT D
P. 3 OF 3

Case Number: 07-00795

Signature Page to HUD-1 Settlement Statement

We have reviewed the HUD-1 Settlement Statement which consists of three pages and to the best of our knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on our account, or by us, in this transaction. We understand the figures contained herein were based on the best information available to the Settlement Agent, and agree to make the appropriate adjustments after settlement if adjustments are necessary.

_____                    REFINANCE  _____
STANISLAW S. CHRUPCZAK

_____                              _____
ELZBIETA T. CHRUPCZAK

The Settlement Statement prepared by the Settlement Agent is, to the best of its knowledge and belief, a true and accurate account of this transaction. The Settlement Agent has caused or will cause the funds to be disbursed in accordance with this Statement.

LAWYERS TITLE INSURANCE CORPORATION
Settlement Agent

By: _____

Warning: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD-1 (8-87)
RESPA, HB 4305.2
Previous edition is obsolete.

*EXHIBIT E*
*P. 1 OF 5*

# TRUTH-IN-LENDING DISCLOSURE STATEMENT

LENDER OR LENDER'S AGENT:

LEHMAN BROTHERS BANK, FSB
327 INVERNESS DRIVE SOUTH
ENGLEWOOD, CO 80112

☐ Preliminary  ☒ Final
*DATE:* 2/09/2007
*LOAN NO.:* 0045223864
*Type of Loan:* CONV UNINS
Fixed
A30N - 0

BORROWERS:  STANISLAW S CHRUPCZAK

ADDRESS:  8314 WEST 91ST STREET
CITY / STATE / ZIP:  HICKORY HILLS, IL 60457
PROPERTY:  8314 WEST 91ST STREET
HICKORY HILLS, IL 60457

INTEREST RATE: 8.125
INDEX USED

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.426 % | $ 69,861.91 | $ 39,723.14 | $ 109,585.05 |

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | 304.43 | 4/01/2007 | | | |
| 1 | 294.68 | 3/01/2037 | | | |

DEMAND FEATURE:  ☒ This loan does not have a Demand Feature.      ☐ This loan has a Demand Feature as follows:

VARIABLE RATE FEATURE

☐ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY:  You are giving a security interest in the property located at: 8314 WEST 91ST STREET
HICKORY HILLS, IL 60457

ASSUMPTION:  Someone buying this property  ☒ cannot assume the remaining balance due under original mortgage terms
☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

FILING / RECORDING FEES:  $  45.00

PROPERTY INSURANCE:  Property hazard insurance is a required condition for this loan. You may purchase this insurance from any insurance company acceptable to the Lender.
☐ Hazard insurance is available through the lender at an estimated cost of $            for            years.

LATE CHARGES:  If your payment is more than  15  days late, a late charge of  5.00  % of the overdue payment of principal and interest  will be assessed.

PREPAYMENT:  If you pay off your loan early, you

*EXHIBIT E*
*P. 2 OF 5*

## DEFINITION OF TRUTH-IN-LENDING TERMS

### ANNUAL PERCENTAGE RATE

This is not the Note rate for which the borrower applied. The Annual Percentage Rate (APR) is the cost of the loan in percentage terms taking into account various loan charges of which interest is only one such charge. Other charges which are used in calculation of the Annual Percentage Rate are Private Mortgage Insurance or FHA Mortgage Insurance Premium (when applicable) and Prepaid Finance Charges (loan discount, origination fees, prepaid interest and other credit costs). The APR is calculated by spreading these charges over the life of the loan which results in a rate generally higher than the interest rate shown on your Mortgage/Deed of Trust Note. If interest was the only Finance Charge, then the interest rate and the Annual Percentage Rate would be the same.

### PREPAID FINANCE CHARGES

Prepaid Finance Charges are certain charges made in connection with the loan and which must be paid upon the close of the loan. These charges are defined by the Federal Reserve Board in Regulation Z and the charges must be paid by the borrower. Non-Inclusive examples of such charges are: Loan origination fee, "Points" or Discount, Private Mortgage Insurance or FHA Mortgage Insurance, Tax Service Fee. Some loan charges are specifically excluded from the Prepaid Finance Charge such as appraisal fees and credit report fees.

Prepaid Finance Charges are totaled and then subtracted from the Loan Amount (the face amount of the Deed of Trust/Mortgage Note). The net figure is the Amount Financed as explained below.

### FINANCE CHARGE

The amount of interest, prepaid finance charge and certain insurance premiums (if any) which the borrower will be expected to pay over the life of the loan.

### AMOUNT FINANCED

The Amount Financed is the loan amount applied for less the prepaid finance charges. Prepaid finance charges can be found on the Good Faith Estimate/Settlement Statement (HUD-1 or 1A). For example if the borrower's note is for $100,000 and the Prepaid Finance Charges total $5,000, the Amount Financed would be $95,000. The Amount Financed is the figure on which the Annual Percentage Rate is based.

### TOTAL OF PAYMENTS

This figure represents the total of all payments made toward principal, interest and mortgage insurance (if applicable).

### PAYMENT SCHEDULE

The dollar figures in the Payment Schedule represent principal, interest, plus Private Mortgage Insurance (if applicable). These figures will not reflect taxes and insurance escrows or any temporary buydown payments contributed by the seller.

*EXHIBIT*
*P. 3 OF*
*S*

## Fee Schedule – Lender paid fees

The following fees must be indicated on the HUD-1 Settlement Statement. These fees are to be paid outside of closing by the Lender. If a fee is not paid to the Lender, these will be added to the disbursement amount sent to Title.

| Description | Paid to | Collect from Lender (POC) |
|---|---|---|
| Origination Fee | | |
| Discount | | |
| Appraisal Fee | | |
| Credit Report Fee | | |
| Lender Inspection | | |
| Mortgage Insurance Application | | |
| Assumption Fee | | |
| Courier/Express Mail | | |
| Tax Related Service Fee | | |
| Underwriting Fee | | |
| Temporary Buydown | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Interest | | |
| PMI/MIP/FF | | |
| Hazard Insurance | | |
| Flood Insurance | | |
| | | |
| Settlement or closing fee | | |
| Abstract/title search | | |
| Title examination | | |
| Title insurance binder | | |
| Document preparation | | |
| Notary fees | | |
| Attorney's fee | | |
| Title insurance | | |
| | | |
| | | |
| Recording fee | | |
| City / county tax stamps | | |
| State tax stamps | | |
| | | |
| Survey Fee | | |
| Pest Inspection Fee | | |
| Flood Certification Fee | | |
| | | |
| | | |
| | | |
| Service Release Premium | | |
| Yield Spread Premium | | |

*EXHIBIT P. 40 5*

## Fee Schedule — continued.

The following fees are Title Company fees and must be indicated on the HUD-1 Settlement Statement. In the * column, "P" means "paid outside of closing" and "N" means the fee has been netted from the Lender's funds. If an amount is reflected in the Collect from Seller/Other column, the next column to the right will more specifically identify from whom – with one of the following codes: "S" means Seller, "O" means Other, and "B" means Broker. The fees must be collected from the indicated parties.

| Description | Paid to | * | Collect from Borrower | Collect from Seller/Other | |
|---|---|---|---|---|---|
| Settlement or Closing Fee | LAWYERS TITLE | | 250.00 | | |
| Abstract or title search | | | | | |
| Title Examination | | | | | |
| Title Insurance Binder | | | | | |
| Document Preparation | LAWYERS TITLE | | 200.00 | | |
| Notary Fees | | | | | |
| Attorneys' Fees | | | | | |
| Title Insurance | | | 45.00 | | |
| Recording Fees | | | | | |
| City/County Tax/Stamps | | | | | |
| State Tax/Stamps | | | | | |
| | | | | | |
| Title company Fee Totals: | | N | 495.00 | | |

Interest. Collect prepaid interest from Borrower(s). The Total Prepaid Interest is netted from Lender's check/draft/wire transfer. All prepaid items, including interest, must be paid by the Borrower, unless specified otherwise in the contract. Collect interest at $   9.127   per day from the date of funding (including funding date) to (but not including) the 1st day of the month prior to the first payment due date. Total Prepaid Interest: $    136.91
(from     02/14/07     to     03/01/07     )

Escrow Reserves.

☐ Escrows will be collected once construction is completed.

☒ Escrow reserves are waived.

☐ Collect the following escrow reserves and show these amounts on the HUD-1 or HUD-1A Settlement Statement under Section L. 1000. Reserves deposited with Lender have been netted from the Lenders funds:

| Description | Number of months | Monthly amount | Total Escrow | Collect from Borrower | Collect from Seller/Other |
|---|---|---|---|---|---|
| Mortgage Insurance | | | | | |
| Hazard Insurance | | | | | |
| Flood Insurance | | | | | |
| City Property Taxes | | | | | |
| County Property Taxes | | | | | |
| Annual Assessments | | | | | |
| ESCROW SHORTAGE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Aggregate Adjustment | | | | | |
| Total Initial Escrow Deposit | | | | | |

*EXHIBIT*
*P. 5 OF*

Fee Schedule - summary

| Wire being sent to: | Bank Name: | SUBURBAN BANKT & TRUST |
| | Attn: | WIRE DEPT |
| | Street address: | NONE |
| | | ELMHURST, IL |
| | ABA #: | 071924513 |
| | Account number: | 600000192 |
| | | LAWYERS TITLE |
| | For Credit to: | |
| | Wire/Check Date: | |
| | Further Credit to: | |
| | Further Credit Account Number: | |

We will identify the wire transfer by our loan number.

**Broker Check Summary:**

| | | |
|---|---|---|
| Service Release Premium | $ | |
| Yield Spread Premium | $ | |
| Closing Fees | $ | |
| Buydown credit | $ | |
| | | |
| Total check payable to Broker: | $ | |

**Disbursement Summary:**

| | | |
|---|---|---|
| Loan Amount: | $ | 41,000.00 |
| Service Release Premium | $ | |
| Yield Spread Premium | $ | |
| Closing Fee Totals retained | $ | 539.95 |
| Interest retained | $ | 136.91 |
| Retained Escrow | $ | |
| Buydown retained | $ | |
| | | |
| Disbursement sent via    Net Wire | $ | 40,323.14 |

Any principal curtailment and/or first payment should be forwarded directly to:

Regular Mail:
Aurora Loan Services, Inc.
Attn: Cashiering Dept.
PO Box 5180
Denver, CO  80217-5180

Overnight Services:
Aurora Loan Services, Inc.
Attn: Cashiering Dept.
2530 S. Parker Road, Suite 601
Aurora, CO  80014