IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS **ORIGINAL**
COUNTY DEPARTMENT/CHANCERY DIVISION

| | |
|---|---|
| Stanislaw S. Chrupczak and Elzibeta T. Chrupczak, <br><br> Plaintiffs, <br><br> v. <br><br> Aurora Loan Services, Inc., a Lehman Brothers Company, Lehman Brothers Bank, FSB, Elite Financial Investments, Inc., Alan Walsh, Lukasz Ciura, and Lawyers Title Insurance Company, <br><br> Defendants. | Case No.: 08CH04885 <br><br> Rescission and other relief <br><br> **RECEIVED** <br><br> FEB 11 2008 <br><br> AURORA LOAN SERVICES LEGAL DEPARTMENT |

### WAIVER OF SERVICE OF PROCESS - NOTICE

To: *Aurora Loan Services, Inc., 10350 Parke Meadows Rd, Littleton CO 80124*

The enclosed summons and complaint are served pursuant to section 2--213 of the Code of Civil Procedure. You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law. If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment of default will be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on 2/8, 2008.

Signature _Kelli Dudley_   Date of Signature: 2/7, 2008

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the Summons and of the Complaint in the above captioned matter at

Name: AURORA LOAN SERVICES, LLC

Signature: _[signature]_   Date of Signature MARCH 7, 2008
BY ONE OF ITS ATTORNEYS

Prepared by:
Kelli Dudley, Attorney at Law
Chicago Legal Clinic, Inc.
2938 East 91st Street, Chicago, Illinois 60617
Telephone: (773)731-1762
**Attorney Number: 40828**

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS