**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Stanislaw S. Chrupczak, et al.,<br>        Plaintiffs,<br>   v.<br>Aurora Loan Service, Inc., et al.,<br>        Defendants. | Case Number:<br><br>**08 C 1404** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AURORA LOAN SERVICE, INC.

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE VALDEZ**

| |
|---|
| NAME (Type or print)<br>S. Todd Sipe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  S. Todd Sipe |
| FIRM<br>Chapman and Cutler LLP |
| STREET ADDRESS<br>111 W. Monroe St. |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256677 | TELEPHONE NUMBER<br>(312) 845-3000 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT