MHN

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Chrupczak et al.
v. Aurora Loan Services, Inc. et al.

Case Number:

08-CV-1404

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
3-14-2008
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Kelli Dudley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kelli Dudley | |
| FIRM Chicago Legal Clinic, Inc. | |
| STREET ADDRESS 2938 E 91st Street | |
| CITY/STATE/ZIP Chicago IL 60617 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279068 | TELEPHONE NUMBER 773-731-1762 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐   N/A | |