IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW S. CHRUPCZAK and ELIZABETA T. CHRUPCZAK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | 08 C 1404 |
| v. | ) ) | Judge Leinenweber |
| | ) | |
| AURORA LOAN SERVICES, INC., LEHMAN BROTHERS BANK, FSB, ELITE FINANCIAL INVESTMENTS, INC., ALAN WALSH, LUKASZ CIURA, and LAWYERS TITLE INSURANCE COMPANY, | ) ) ) ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR AURORA TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

NOW COMES Defendant Aurora Loan Services, LLC ("*Aurora*"), by its attorneys, Chapman and Cutler LLP, and respectfully submits its motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

1.      Defendant Aurora seeks this extension because its counsel will also be representing Defendant Lehman Brothers Bank, FSB ("*Lehman*") in the case and intends to file a joint response to the Complaint on behalf of both Aurora and Lehman.

2.      A waiver of service of summons form has just been executed on behalf of Lehman that sets the deadline for Lehman's response on July 25, 2008.

3.      Accordingly, Aurora seeks an extension of time to respond to the Complaint until July 25, 2008 at which time a joint response will be filed on behalf of both Aurora and Lehman.

4.      On information and belief, Aurora and Lehman are the only defendants to date that have been served or have waived service of summons in this matter.  Consequently, the relief sought in this motion will not cause a delay in the case.

5.      Counsel for Aurora and Plaintiffs have started preliminary discussions in hopes of resolving Plaintiffs' claims against Aurora and Lehman.

6.      Counsel for Aurora and the Plaintiffs have discussed this motion, and Plaintiffs' counsel does not oppose this request for an extension.

7.      This is Aurora's first request for an extension of time.

WHEREFORE, Aurora respectfully requests that the Court grant its motion for an extension of time to answer or otherwise respond to the Plaintiffs' Complaint until July 25, 2008.

Dated: June 3, 2008

Respectfully submitted,

AURORA LOAN SERVICES, LLC

By ___s/ Stephen Todd Sipe_____
                One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR AURORA TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties and interested persons may access this filing through the Court's system.:

Kelli Dudley
THE CHICAGO LEGAL CLINIC, INC.
2938 East Ninety-first Street
Chicago, Illinois 60617

Laura K. Bautista
THE CHICAGO LEGAL CLINIC, INC.
205 W. Monroe, 4th Floor
Chicago, IL 60606


_____ s/ Stephen Todd Sipe_____
S. Todd Sipe