IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANISLAW S. CHRUPCZAK and ELIZABETA T. CHRUPCZAK,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, INC., LEHMAN BROTHERS BANK, FSB, ELITE FINANCIAL INVESTMENTS, INC., ALAN WALSH, LUKASZ CIURA, and LAWYERS TITLE INSURANCE COMPANY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>08 C 1404<br><br>Judge Leinenweber |

NOTICE OF MOTION

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, June 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Leinenweber or any judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1941 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present **Agreed Motion For Extension of Time For Aurora Loan Services, Inc. to Answer or Otherwise Respond to Complaint**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,
AURORA LOAN SERVICES, LLC

By   s/ Stephen Todd Sipe
      One of Its Attorneys

Dianne E. Rist
S. Todd Sipe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

2416906.01.03.doc
1682525

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2008, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Kelli Dudley
THE CHICAGO LEGAL CLINIC, INC.
2938 East Ninety-first Street
Chicago, Illinois 60617

Laura K. Bautista
THE CHICAGO LEGAL CLINIC, INC.
205 W. Monroe, 4th Floor
Chicago, Illinois 60606

                                              /s/ *Stephen Todd Sipe*
                                                 S. Todd Sipe