U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number: 08 C 1404
Chrupczak v. Aurora Loan Services, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) Amir Mohabbat | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Amir Mohabbat | |
| FIRM The Chicagoland & Suburban Law Firm, P.C. | |
| STREET ADDRESS 248 South Marion Street, Suite #104 | |
| CITY/STATE/ZIP Oak Park, Illinois 60302 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286891 | TELEPHONE NUMBER 815-501-1345 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |