**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Stanislaw S Chrupczak, et al.
                              Plaintiff,

v.                                                       Case No.: 1:08−cv−01404
                                                      Honorable Harry D. Leinenweber

Aurora Loan Services, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:The Agreed Motion for extension of time to 7/25/2008 in which to answer or otherwise respond to the complaint [9] is granted. Plaintiffs' Motion for extension of time to 8/31/2008 in which to make service on defendants [13] is granted. Status hearing held on 6/24/2008. Status hearing set for 7/29/2008 at 09:00 AM. Plaintiffs' counsel granted leave to amend its appearance.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.