IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW S. CHRUPCZAK and ELZIBETA T. CHRUPCZAK, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  08 CH 1404 |
| AURORA LOAN SERVICES, INC., LEHMAN BROTHERS BANK, FSB, ELITE FINANCIAL INVESTMENTS, INC., ALAN WALSH, LUKASZ CIUDA and LAWYERS TITLE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | Judge Leinenweber |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on Tuesday, July 15, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his place and stead, in Room 1941 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Defendant's Motion to Dismiss**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear if you so see fit.

| | |
|---|---|
| LARSON & ASSOCIATES, P.C. | Representing:   Defendant |
| 230 W. Monroe – Suite 2220 | Telephone:   (312) 422-1900 |
| Chicago, Illinois  60606 | ARDC No.          6195947 |

### Certificate of Service

James A. Larson, an attorney, states that he served the above and foregoing notice, together with a copy of the document referred to therein, upon the individuals identified on the attached Service List, by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

                                                               /s/ *James A. Larson*
                                                               James A. Larson

Service List

Dianne E. Rist
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603

S. Todd Sipe
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603

Kelli Dudley
The Chicago Legal Clinic, Inc.
2938 East Ninety-first Street
Chicago, Illinois 60617

Laura K. Bautista
The Chicago Legal Clinic, Inc.
205 W. Monroe, 4th Floor
Chicago, Illinois 60606

Amir Mohabbat
The Chicagoland & Suburban Law Firm, P.C.
248 South Marion Street, Suite #104
Oak Park, Illinois 60302