IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STANISLAW S. CHRUPCZAK and ELIZABETA T. CHRUPCZAK,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, INC., LEHMAN BROTHERS BANK, FSB, ELITE FINANCIAL INVESTMENTS, INC., ALAN WALSH, LUKASZ CIURA, and LAWYERS TITLE INSURANCE COMPANY,<br><br>Defendants. | 08 C 1404<br><br>Judge Leinenweber |

**AGREED MOTION FOR EXTENSION OF TIME FOR AURORA LOAN SERVICES, LLC AND LEHMAN BROTHERS BANK, FSB TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

NOW COME Defendant Aurora Loan Services, LLC ("*Aurora*") and Lehman Brothers Bank, FSB ("*Lehman*"), by their attorneys, Chapman and Cutler LLP, and respectfully submit their motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

1. Defendants Aurora and Lehman are seeking an extension of time to respond to Plaintiff Complaint until September 15, 2008.

2. Counsel for Aurora and Lehman are presently engaged in settlement discussions with Plaintiffs in hopes of resolving Plaintiffs' claims against Aurora and Lehman without having to incur the unnecessary expense of filing a responsive pleading.

3. Counsel for Aurora and Lehman have discussed this motion with Plaintiff's counsel, and Plaintiffs' counsel does not oppose this request for an extension.

- 2 -

WHEREFORE, Aurora and Lehman respectfully request that the Court grant its motion for an extension of time to answer or otherwise respond to the Plaintiffs' Complaint until September 15, 2008.

Dated: July 29, 2008

                                      Respectfully submitted,

                                      AURORA LOAN SERVICES, LLC and LEHMAN BROTHER BANK, FSB

                                      By    s/ Stephen Todd Sipe
                                             One of Their Attorneys

Dianne E. Rist
S. Todd Sipe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR AURORA LOAN SERVICES, LLC AND LEHMAN BROTHERS BANK, FSB TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.:

Kelli Dudley
THE CHICAGO LEGAL CLINIC, INC.
2938 East Ninety-first Street
Chicago, Illinois 60617

Laura K. Bautista
THE CHICAGO LEGAL CLINIC, INC.
205 W. Monroe, 4th Floor
Chicago, IL 60606

Amir Ismael Mohabbat
CHICAGO LEGAL CLINIC, INC.
2938 E. 91st Street
Chicago, Illinois 60617

James Andrew Larson
LARSON & ASSOCIATES
230 W. Monroe, Suite 2220
Chicago, Illinois 60606

_____s/ Stephen Todd Sipe_____
S. Todd Sipe