IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Chrupczak, et al. | ) | Case No. 08 C 1404 |
| | ) | |
| Plaintiffs, | ) | Judge Leinenweber |
| | ) | |
| v. | ) | |
| | ) | |
| Aurora Loan Services, Lehman Brothers | ) | |
| Bank, FSB, Elite Financial Investments, Inc., | ) | |
| Alan Walsh, Lukasz Ciura, and Lawyers | ) | |
| Title Insurance Company | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF FILING**

To: All Counsels of Record

    Please take notice that on August 5, 2008, I caused Plaintiffs' Response to LTIC's Motion to Dismiss to be filed, which is hereby served upon you.

Dated: August 5, 2008

Respectfully submitted,

/s/ Amir Mohabbat

Amir Mohabbat
Kelli Dudley
Laura Bautista
The Chicago Legal Clinic
2938 E. 91st St.
Chicago, Illinois 60617
Telephone: (815) 501-1345
Facsimile: (708) 386-9727
amir@chicagolandlawfirm.com

Attorneys for Plaintiffs.

1