IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW S. CHRUPCZAK and ELZIBETA T. CHRUPCZAK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 1404 |
| AURORA LOAN SERVICES, INC., LEHMAN BROTHERS BANK, FSB, ELITE FINANCIAL INVESTMENTS, INC., ALAN WALSH, LUKASZ CIUDA and LAWYERS TITLE INSURANCE COMPANY, | ) ) ) ) ) ) ) | Judge Leinenweber |
| Defendants. | ) | |

NOTICE OF FILING

To: See Attached Service List.

PLEASE TAKE NOTICE that on August 12, 2008, I caused Defendant Lawyers Title Insurance Corporation's Reply Memorandum in Support of Motion to Dismiss to be filed electronically, which is hereby served upon you.

Certificate of Service

James A. Larson, an attorney, states that he served a copy of the Defendant Lawyers Title Insurance Corporation's Reply Memorandum in Support of Motion to Dismiss, upon the individuals identified on the attached Service List, by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

*/s/ James A. Larson*

<u>Service List</u>

Dianne E. Rist
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603

S. Todd Sipe
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603

Kelli Dudley
The Chicago Legal Clinic, Inc.
2938 East Ninety-first Street
Chicago, Illinois 60617

Laura K. Bautista
The Chicago Legal Clinic, Inc.
205 W. Monroe, 4th Floor
Chicago, Illinois 60606

Amir Mohabbat
The Chicagoland & Suburban Law Firm, P.C.
248 South Marion Street, Suite #104
Oak Park, Illinois 60302