IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Chrupczak, et al. | ) | Case No. 08 C 1404 |
| | ) | |
| Plaintiffs, | ) | Judge Leinenweber |
| | ) | |
| v. | ) | |
| | ) | |
| Aurora Loan Services, Lehman Brothers | ) | |
| Bank, FSB, Elite Financial Investments, Inc., | ) | |
| Alan Walsh, Lukasz Ciura, and Lawyers | ) | |
| Title Insurance Company | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: All Counsels of Record

    Please take notice that on September 16, 2008 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Leinenweber in Room 1941 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the enclosed Motion for an extension of time to serve Defendants Elite Financial Investments, Inc., Alan Walsh and Lukasz Ciura. You may attend as you deem appropriate.

Dated: August 26, 2008

Respectfully submitted,

/s/ Amir Mohabbat

Amir Mohabbat
Kelli Dudley
Laura Bautista
The Chicago Legal Clinic
2938 E. 91st St.
Chicago, Illinois 60617
Telephone: (815) 501-1345
Facsimile: (708) 386-9727
amir@chicagolandlawfirm.com

Attorneys for Plaintiffs.

1